IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Brandon C.,

        Plaintiff,    :    Case No. 2:21-cv-301

- vs -    Judge Sarah D. Morrison
    Magistrate Judge Preston Deavers

Commissioner Social Security,

    :

        Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by Magistrate Judge Preston Deavers on April 6, 2022. (ECF No. 17). The time for filing objections has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **OVERRULES** Plaintiff's statement of specific errors and **AFFIRMS** the Commissioner's decision. The Clerk is **DIRECTED** to **ENTER JUDGMENT** in accordance with this Order and terminate this case from the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

                      s/ Sarah D. Morrison
                      **SARAH D. MORRISON**
                      **UNITED STATES DISTRICT JUDGE**